# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**JOBOYD UNDRE GIBSON, #48412**  PETITIONER

**VERSUS**  CIVIL ACTION NO. 5:08-cv-247-DCB-MTP

**UNITED STATES OF AMERICA**  RESPONDENT

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the Memorandum Opinion and Order issued this date and incorporated herein by reference,

IT IS HEREBY ORDERED AND ADJUDGED that this cause be, and is hereby, dismissed without prejudice.

SO ORDERED AND ADJUDGED, this the __26th__ day of May, 2009.


                                            _s/ David Bramlette_
                                         UNITED STATES DISTRICT JUDGE